UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------------------x
    MARISA NISTICO,                                           :
                    Plaintiff,                                :
         v.                                                   :        ORDER
                                                              :
    CHARLES J. KLING ENTERPRISES LLC,                         :        20 CV 10269 (VB)
    and CHARLES J. KLING, individually and in                 :
    his official capacity,                                    :
                    Defendants.                               :
--------------------------------------------------------------x
```

On December 5, 2020, plaintiff Marisa Nistico commenced the instant action against defendants Charles J. Kling Enterprises LLC and Charles J. Kling.  (Doc. #1).

On January 7, 2021, plaintiff docketed proofs of service indicating service on defendants on December 11, 2020.  (Docs. ##9, 10).  Accordingly, defendants had until January 4, 2021, to respond to the complaint.  (Id.).

To date, defendants have not answered, moved, or otherwise responded to the complaint.

On January 7, 2021, plaintiff sought certificates of default as to defendants. (Doc. #11).  On January 8, 2021, the Clerk's Office entered a certificate of default.  (Doc. #13).

Accordingly, provided that defendants remain in default, plaintiff is ORDERED to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants by February 18, 2021.  **If plaintiff fails to satisfy this deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders.  Fed. R. Civ. P. 41(b).**

Dated: February 4, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge